# PD-1347-15

In The Court

of

Criminal Appeals of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk

To The Clerk: Hon. Abel Acosta.

Comes Now, Jose Eduardo Orozco / AKA Jose Martinez Orozco #1758321 (Applicant) pro se herein, presenting an Original of His Petition For Discretionary Review (PDR) in Trial cause No. 1208005-D /Appeal cause No. 08-12-00051-CR.

Applicant is presenting this cover sheet to request of the Hon. Clerk of this Honorable Court to please acknowledge and apply Rule 2 T.C.C.P. and suspension of Rule 9.3 T.C.C.P.

Thereafter waveiing the amount of Copies as routinely requested in the filing of a PDR. Applicant is a pro se indigent inmate without the medium of exchange to furnish copies, and has no access to a copy machine. Applicant lacks any avenue to furnish any copies. Applicant pleads the Hon. Abel Acosta wave the copy reqirmont and file said instrument with the court. Therefore furnishing any further copies required by Law or practice.

So moved prayed

x _Jose Orozco_

Jose Orozco #1758321

pro se: Applicant

Executed: 10-08-15

FILED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk

page one of one